UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 05-616M |
| v. ) | |
| ) | |
| LAMBERTO PASTRANA-GODINEZ, ) | DETENTION ORDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offense charged</u>:

    Illegal Reentry After Deportation in violation of 8 U.S.C. § 1326(a).

<u>Date of Detention Hearing</u>:  December 20, 2005.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds:

    FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    (1)    A detainer has been placed on defendant by Immigration and Customs Enforcement.

    (2)    Defendant has stipulated to detention, due to the immigration detainer lodged against him, but reserves the right to contest his continued detention if there is a change in circumstances.

01         (3)      There appear to be no conditions or combination of conditions that will
02 reasonably assure the defendant's appearance at future Court hearings or the safety of the
03 community.

04         IT IS THEREFORE ORDERED:

05         (1)      Defendant shall be detained pending trial and committed to the custody of the
06                       Attorney General for confinement in a correction facility separate, to the extent
07                       practicable, from persons awaiting or serving sentences or being held in custody
08                       pending appeal;

09         (2)      Defendant shall be afforded reasonable opportunity for private consultation with
10                       counsel;

11         (3)      On order of a court of the United States or on request of an attorney for the
12                       government, the person in charge of the corrections facility in which defendant
13                       is confined shall deliver the defendant to a United States Marshal for the purpose
14                       of an appearance in connection with a court proceeding; and

15         (4)      The Clerk shall direct copies of this Order to counsel for the United States, to
16                       counsel for the defendant, to the United States Marshal, and to the United States
17                       Pretrial Services Officer.

18
19         DATED this 20th day of December, 2005.

20                                                   /s/ James P. Donohue
21                                           JAMES P. DONOHUE
                                            United States Magistrate Judge
22
23
24
25
26

DETENTION ORDER                               15.13
18 U.S.C. § 3142(i)                          Rev. 1/91
PAGE 2